UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-22512-Williams/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE



FILED by PG  D.C.

JUL 15 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

# INSTRUCTIONS FOR FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C., SECTION 1983

This packet includes two forms:
(1) Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2) Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:
- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $350.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

cat/dlv 1983/550/MIA
Case #_____
Judge_____ Mag PAW
Motn Ifp Yes  Fee pd $ 0
Receipt #_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

Gregory Harris
(Write the full name of the plaintiff)

vs.

State of Florida, Dade county, State Attorney office, public defender office, Krist house, Opa Locka police Department City of Opa Locka, Department of Correction
(Write the full name of the defendant/s in this case)
ON NEXT PAGE

Judge Rosa Rodriguez, Judge Scott Bernstein, Chef Chealy Miller, Det. Niteya Hill, cpl Jeffery Fulkner, District Attorney Griska Mena Rodriguez

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

I. Party Information

A. Plaintiff: Gregory Harris

Address: 13850 NW 41 St Unit 2-C-2
Miami Fl, 33178

Inmate/Prison No.: 1200582 77

Year of Birth: 1966 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: State of Florida   Defendant: Dade county

Official Position: _____   Official Position: _____

Place of Employment: State of Florida   Place of Employment: Dade county

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Public Defender Kelly foster    Kenga Washington    Sophia TAYLOR

Lorenzo Williams    Sheena Thompson    Charles Cooper

Eric Cooper    Cynthia Cooper    District Attorney office

Department of Family And Children

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) On Jan. 4/2011 Det. Nikeya Hill and cpl Jeffery Fulkner arrest Gregory Harris and filed a false police report. The Det. Hill and cpl Fulkner work of the Opa Locka Police Department

(2) District Attorney Criska Mena Rodriguez knew the changes was false and filed Illegal changes on Gregory Harris, Criska Mena Rodriguez work for the District Attorney Office, go to the next page.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want to sued the state of Florida, state Attorney office, District Attorney office, Public Defender office, Dade county, city of opa locka, opa locka police Department, Kristy House, Department of correction, Department of children and family for 100 million each. I want to sued Judge Rosa Rodriguez and Judge Scott Bernstein for 25 million each. I want to

(3) District Attorny Oriska Mena Rodriguez is the Daughter in Law of Gregory Harris Judy Rosa Rodriguez which both of them on my case at the same Time.

(4) Lorenzo Williams, his sister Kenya Washington there cousin Sheena Jhonson and there friends Eric cooper, Charles cooper, Sophia Taylor and Cynthia cooper went to the opa Locka police depart and said they were witnesses to Gregory Harris committing a crime where there was no crime.

(5) Kelly Foster was Gregory Harry public Defender, and Miss Foster violated clint Attorney priviledge.

(6) Judge Scott Bernstein knew these charge were falses and the Judge took Gregory Harris perental Rights from him. Illegally

(7) The State Florida is respondsable for those people

(8) Dade county is respondsable for these people

The state Attorny office is responsable for these people

9. The City of Opa Locka Police Department is responsable there people
10. The City of Opa Locka is responsable for there people
11. The District Attorny office is responsable for then people
12. and the public defender office is responsable for then people
13. The department of correction is changing Five Dollars a day to be in Jail that is illegal
14. Kristy House force a Little girl to Lie on Concery Henry's Right Alone with the department of Family and children

State A claim for which Relief May be Granted Deprivation of Rights, every person who is under color of any ordance, Regulation custom or usege of any state or Territory or the District of columbia, subjects or cause to be subjected any citizens of the united states or other person within The Jurisdiction thereof to be Deprivation of any Rights privileges or immunities, Secured by the constitution and Laws shall be liable to the party insured in a action at law, suit, in equity or other proper proceeding for Redress. except that in any action brought against a Judicial officer for an act or ommission taken in such officer Judicial cappacity , injunctive Relief shall not be Granted unless a declaratory decree was violated or declaratory Relief was unaviable for the purpose of these section any act of congress applicable exclurvely to the

4 District of Columbia shall be considered to be a statute of the District of Columbia.

Continue Relief Request
Kelly Foster, Nakeya Hill, Jeffery Fulkner Cynthia Cooper, Chantes Cooper, Erick Cooper for 10 Million each

Sued Kenya Washington, Lorenzo Williams, Sheena Thomson, Sophia Taylor, Cariska Mena Rodriguez
Continued on page 4;

### IV. Jury Demand

Are you demanding a jury trial?     ✓ Yes     ___ No

Signed this __3__ day of __July__, 20_13_

_Henry Harris_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __July 3, 2013__

_Henry Harris_
Signature of Plaintiff